IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| TALBERT NAPOLEON GIBSON,  )<br>    )<br>       Petitioner,  )<br>    )<br>v.   )<br>    )<br>UNITED STATES OF AMERICA,  )<br>    )<br>       Respondent.  ) | 1:17CV936<br>1:10CR54-1 |

## RECOMMENDATION AND ORDER
## OF UNITED STATES MAGISTRATE JUDGE

Petitioner, a federal prisoner, has submitted a Motion (Docket Entry 63) to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255. The Court previously stayed this matter pending the decision in Beckles v. United States, ___ U.S. ___, 137 S. Ct. 886 (2017). The United States Supreme Court subsequently issued that decision and the stay will be lifted. Reviewing Petitioner's Motion, it cannot be further processed because court records reveal that Petitioner previously attacked the same conviction and sentence in a prior § 2255 motion [No. 1:12CV1309]. Consequently, Petitioner must move in the United States Court of Appeals for the Fourth Circuit for an order authorizing this district court to consider the current Motion, as required by 28 U.S.C. § 2255 and 28 U.S.C. § 2244. See AO 243 (MDNC 10/07), Instructions, ¶ (4) (copy enclosed). Because of this pleading failure, this particular Motion should be filed and then dismissed.

IT IS THEREFORE RECOMMENDED that this action be filed and then dismissed *sua sponte* for failure to obtain certification for this § 2255 application by filing a Motion for Authorization in the court of appeals as required by 28 U.S.C. §§ 2255 and 2244 and Fourth Circuit Local Rule 22(d).

IT IS ORDERED that the prior stay be lifted.

IT IS FURTHER ORDERED that the Clerk send Petitioner a copy of this Recommendation, instruction forms for filing § 2255 motions in this Court and Motions for Authorization in the court of appeals, and four copies of § 2255 motion forms (more copies will be sent on request). Petitioner should keep the original and two copies of the § 2255 motion which can be submitted in this Court if Petitioner obtains approval from the Fourth Circuit.

This, the 24th day of May, 2017.

/s/ Joe L. Webster
Joe L. Webster
United States Magistrate Judge