IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

TALBERT NAPOLEON GIBSON,            )
                                    )
            Petitioner,              )
                                    )      1:16CV936
v.                                   )      1:10CR54-1
                                    )
UNITED STATES OF AMERICA,            )
                                    )
            Respondent.              )

**ORDER**

The Order and Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on May 24, 2017, was served on the parties in this action. The Federal Public Defender filed a notice that it did not intend to file any objection to the Recommendation. (Doc. 67.) Petitioner subsequently filed a pro se objection to the Recommendation. (Doc. 68.)

The court has appropriately reviewed the portions of the Magistrate Judge's report to which objection was made and has made a de novo determination, which is in accord with the Magistrate Judge's report. The court therefore adopts the Magistrate Judge's recommendation.

IT IS THEREFORE ORDERED that this action be filed and then dismissed *sua sponte* for failure to obtain certification for this § 2255 application by filing a Motion for Authorization in the United States Court of Appeals for the Fourth Circuit as required

by 28 U.S.C. §§ 2255 and 2244 and Fourth Circuit Local Rule 22(d). A judgment dismissing this action will be entered contemporaneously with this Order. Finding neither a substantial issue for appeal concerning the denial of a constitutional right affecting the conviction nor a debatable procedural ruling, a certificate of appealability is not issued.

                                    /s/   Thomas D. Schroeder
                                   United States District Judge

July 19, 2017